

FILED
11/3/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TD

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Julia K. Schwartz (312) 353-5326

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JUAN SAUCEDA-RIOS, also known as "Josue Sauceda-Rios,"

CASE NUMBER: 1:25-cr-00713

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about October 29, 2025, at approximately 8:31 a.m., in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(a) and (b) | forcibly resisted, opposed, impeded, and interfered with persons designated in Title 18, United States Code, Section 1114, namely, an officer of the United States, while he was engaged in the performance of his official duties, and in the commission of such acts used a deadly and dangerous weapon |

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

JUSTIN SLADE,
Special Agent, Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 3, 2025

Judge's signature

City and state: Chicago, Illinois

JEFFREY T. GILBERT, U.S. Magistrate Judge
Printed name and title

| UNITED STATES DISTRICT COURT | |
|---|---|
| NORTHERN DISTRICT OF ILLINOIS | ss |

**AFFIDAVIT**

I, JUSTIN SLADE, being duly sworn, state as follows:

### I. AFFIANT'S BACKGROUND AND PURPOSE OF AFFIDAVIT

1. I am a Special Agent with the Federal Bureau of Investigation. I have been employed as an FBI Special Agent since approximately August 2020. I am currently assigned to an FBI Organized Crime/Criminal Enterprise Squad in Chicago, Illinois. As part of my duties as an FBI Special Agent, I investigate criminal violations relating to narcotics trafficking offenses, including criminal violations of the Federal Controlled Substance laws and other offenses.

2. This affidavit is submitted in support of a criminal complaint alleging that JUAN SAUCEDA-RIOS, also known as "Josue Sauceda-Rios," has violated Title 18, United States Code, Section 111(a) and (b). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging SAUCEDA-RIOS with violating Title 18, United States Code, Section 111, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge and experience, and on information that I have received from other law enforcement personnel and from

1

persons with knowledge regarding relevant facts, and review of records and body worn camera footage.

## II. SUMMARY OF PROBABLE CAUSE

4. In summary and as described more fully below, on or about October 29, 2025, U.S. Customs and Border Protection (CBP) Office of Field Operations (OFO) Officers attempted to apprehend JUAN SAUCEDA-RIOS, also known as "Josue Sauceda-Rios," in the vicinity of his residence on the 2400 block of North Hamlin Avenue in Chicago, Illinois, pursuant to an administrative warrant based on a final order of removal issued in 2014. CBP OFO officers observed SAUCEDA-RIOS and an unidentified male enter a silver Ford pick-up truck driven by SAUCEDA-RIOS. Using multiple vehicles, officers blocked the Ford's access to the road. As CBP OFO officers on foot gave commands to stop and moved in to apprehend SAUCEDA-RIOS, who was driving the Ford, SAUCEDA-RIOS aggressively backed the Ford into a black Dodge Durango driven by an officer. SAUCEDA-RIOS then proceeded to flee down a sidewalk parallel to Hamlin Avenue away from officers and escaped.

## III. FACTS SUPPORTING PROBABLE CAUSE

5. According to records from DHS:

a. SAUCEDA-RIOS is a native of Honduras and has no claim to United States citizenship or lawful residence.

b. On or about July 17, 2014, SAUCEDA-RIOS was ordered removed from the United States. SAUCEDA-RIOS did not appear for removal as ordered.

6. According to interviews with CBP officers, on or about October 29, 2025, at approximately 8:30 a.m., CBP OFO officers attempted to apprehend SAUCEDA-RIOS near an address on the 2400 block of North Hamlin Avenue in Chicago.

7. According to Illinois Secretary of State records and immigration court records associated with SAUCEDA-RIOS's removal proceedings, that North Hamlin address is SAUCEDA-RIOS's residence ("SAUCEDA-RIOS's Residence").

8. According to CBP OFO officers:

    a. On or about October 29, 2025, at approximately 8:30 a.m., CBP OFO officers (Officers A and B) were together in a black Dodge Durango SUV[1] searching for SAUCEDA-RIOS near the 2400 block of North Hamlin Street in Chicago, Illinois to effectuate an immigration arrest. The CBP Officers were all wearing attire that identified them as law enforcement.

    b. Officer B was driving, and Officer A was in the front passenger seat of the black Dodge Durango SUV.

    c. Officer C and Officer D were in a separate silver Mitsubishi SUV, also searching for SAUCEDA-RIOS.

    d. Officer A observed SAUCEDA-RIOS standing on the 2400 block of North Hamlin Street just north of Fullerton, with an unknown male. Officer A recognized the individual as SAUCEDA-RIOS based on a review of a photograph obtained from an October 2025 Chicago Police Department arrest of "Juan Sauceda-Rios."

---

[1] According to records from Enterprise, the black Durango was rented by CBP.

  e. Both SAUCEDA-RIOS and the unknown male entered a silver Ford pick-up truck,[2] with SAUCEDO in the driver's seat.

  f. After identifying SAUCEDA-RIOS, the officers in the Durango and the Mitsubishi began maneuvering their vehicles toward SAUCEDA-RIOS's Ford to block the Ford from accessing the street.

  g. SAUCEDA-RIOS reversed into the Durango, and then sped forward, fleeing from officers in the Ford, which sped down the sidewalk, as discussed below.

 9. The following is based on the officers' accounts and is reflected on the available body-worn camera video:

  a. Officer B, who was driving the Dodge Durango north on Hamlin just north of Fullerton, pulled parallel to SAUCEDA-RIOS's Ford, which was parallel parked between two cars on the east side of Hamlin, just north of Fullerton, facing south.

  b. As Officer A, who was in the front passenger's seat of the Dodge Durango, opened the door to exit, SAUCEDA-RIOS drove the Ford forward over the curb and onto the grass between the sidewalk and curb. As he did so, SAUCEDA-RIOS ran into a parking meter, as depicted below on Officer C's body-worn camera footage.[3]

---

[2] According to Illinois Secretary of State records, the Ford driven by SAUCEDA-RIOS is registered to "Juan Sauceda" (a suspected alias of SAUCEDA-RIOS based on NCIC records) and includes SAUCEDA-RIOS's Residence as part of the registration.

[3] The time stamps in the body-worn camera footage are one hour ahead. The events at issue took place at approximately 8:31 a.m.

4



c. As SAUCEDA-RIOS drove onto the curb, Officers A, C, D and two other officers were on foot next to the Ford with guns drawn giving commands to SAUCEDA-RIOS to exit. Officer C approached the silver Ford pick-up and broke the driver's side window of the Ford pick-up.

d. With multiple officers surrounding the Ford on foot, SAUCEDA-RIOS aggressively reversed the Ford to Hamlin and struck the Durango, which was occupied by Officer B in the driver's seat, damaging the front bumper area. Screen shots from Officer E's and Officer F's body-worn camera footage, respectively, are below:





e. SAUCEDA-RIOS then drove forward onto the sidewalk on Hamlin, reversed once more, then sped forward on the sidewalk toward Fullerton, running over a parking meter and escaping from CBP officers. The photograph below is a still from Officer A's body-worn camera, showing the silver Ford speeding south on the sidewalk, with the damaged Dodge Durango to the right.

6



10. A photograph of damage to the Durango, taken at FBI's Chicago Office on or about October 29, 2025 after the incident described above, is below:



7

## IV. CONCLUSION

11. Based on the above information, I submit that there is probable cause to believe that on or about October 29, 2025, JUAN SAUCEDA-RIOS, also known as "Josue Sauceda-Rios," did resist, oppose, impede, and interfere with any person designated in section 1114 of this title while engaged in or on account of the performance of his official duties and in the commission of such acts used a deadly and dangerous weapon. I therefore respectfully request that this Court issue a criminal complaint charging SAUCEDA-RIOS with a violation of Title 18, United States Code, Section 111(a) and (b).

FURTHER AFFIANT SAYETH NOT.

_____
JUSTIN SLADE,
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED ~~by telephone~~ in person November 3, 2025.

_____
Honorable Jeffrey T. Gilbert
United States Magistrate Judge