UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JUAN SAUCEDA-RIOS

No. 25 CR 713

Magistrate Judge Jeffrey T. Gilbert

## **MOTION TO DISMISS PURSUANT TO FED. R. CRIM P. 48**

The United States, by and through ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves, pursuant to Federal Rule of Criminal Procedure 48(a), that the complaint returned against defendant JUAN SAUCEDA-RIOS in the above-captioned case on November 3, 2025 be dismissed.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Julia K. Schwartz*
JULIA K. SCHWARTZ
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5326