UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN SAUCEDA-RIOS | No. 25 CR 713<br><br>Magistrate Judge Jeffrey T. Gilbert |

**ORDER DISMISSING COMPLAINT**

Upon consideration of the motion of the United States, it is hereby ordered that the complaint in this case be dismissed without prejudice and the arrest warrant quashed.

E N T E R:

_____
Magistrate Judge JEFFREY T. GILBERT
United States District Judge

DATED:  11/17/2025